The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J. ROSE & ASSOCIATES, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAKER MILLS, INC., a Utah Corporation; KODIAK CAKES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:17-cv-00634RSL<br><br>STIPULATED AGREEMENT RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |

## STIPULATION

Pursuant to Local Civil Rule 83.2(b)(1), all of the parties to this action, through the undersigned counsel, hereby stipulate and agree to: (i) the withdrawal of Ralph E. Cromwell, Jr. and Joshua B. Selig of Byrnes Keller Cromwell LLP as counsel for defendants Baker Mills, Inc. and Kodiak Cakes, LLC in this matter; and (ii) the substitution of Andrew Sachs of Ogden Murphy Wallace, PLLC as counsel for said defendants. Defendants Baker Mills, Inc. and Kodiak Cakes, LLC continue to be represented by Jason D. Boren and Quinton J. Stephens of Ballard Spahr LLP, both of whom have been admitted to this Court *pro hac vice* for this matter.

Accordingly, all future pleadings and papers (except original service of process) are to be served on the defendants as follows:

STIPULATED AGREEMENT RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL (NO. 2:17-CV-00634RSL) - 1

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Andrew Sachs
Ogden Murphy Wallace, PLLC
901 5th Avenue, Suite 3500
Seattle, WA 98106-2059
Telephone: (206) 447-7000
Email: asachs@omwlaw.com

Jason D. Boren
Quinton J. Stephens
Ballard Spahr LLP
One Utah Center, Suite 800
Salt Lake City, UT 84111-2221
Telephone: (801) 531-3000
Email  borenj@ballardspahr.com
         stephensq@ballardspahr.com
*Attorneys for Defendants*

DATED this 17th day of August, 2017.

| BYRNES KELLER CROMWELL LLP | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By/s/ Ralph E. Cromwell, Jr.<br>   Ralph E. Cromwell, Jr., WSBA #11784 | By/s/ Andrew Sachs<br>   Andrew Sachs, WSBA #38454<br>901 5th Avenue, Suite 3500<br>Seattle, WA 98106-2059<br>Telephone: (206) 447-7000<br>Email: asachs@omwlaw.com<br>Substituting Attorneys for Defendants |
| By/s/ Joshua B. Selig<br>   Joshua B. Selig, WSBA #39628<br>1000 Second Avenue, Suite 3800<br>Seattle, WA 98104-4082<br>Telephone: (206) 622-2000<br>Email: rcromwell@byrneskeller.com<br>         jselig@byrneskeller.com<br>Withdrawing Attorneys for Defendants | |
| OSERAN HAHN, P.S. | BALLARD SPAHR LLP |
| By/s/ James H. Clark<br>   James H. Clark, WSBA #18862<br>1430 Skyline Tower10900 N.E. Fourth St.<br>Bellevue, WA 98004<br>Telephone: (425) 455-3900<br>Email: jclark@ohswlaw.com<br>Attorneys for Plaintiff | By /s/ Jason D. Boren<br>   Jason D. Boren, admitted *pro hac vice*<br><br>By /s/ Quinton J. Stephens<br>   Quinton J. Stephens, admitted *pro hac vice*<br>One Utah Center, Suite 800<br>Salt Lake City, UT 84111-2221<br>Telephone: (801) 531-3000<br>Email: borenj@ballardspahr.com<br>         stephensq@ballardspahr.com<br>Attorneys for Defendants |

STIPULATED AGREEMENT RE WITHDRAWAL AND
SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
GRANTING WITHDRAWAL OF COUNSEL (NO. 2:17-CV-
00634RSL) - 2

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## II. ORDER GRANTING WITHDRAWAL OF COUNSEL

Based upon the foregoing stipulation of the parties, it is hereby ORDERED:

1. The appearance of attorneys Ralph E. Cromwell, Jr., and Joshua B. Selig and the firm Byrnes Keller Cromwell LLP is hereby terminated.

DATED this 21st day of August, 2017.

_____
Honorable Robert S. Lasnik

Presented by:

| BYRNES KELLER CROMWELL LLP | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By /s/ Ralph E. Cromwell, Jr. | By /s/ Andrew Sachs |
| Ralph E. Cromwell, Jr., WSBA #11784 | Andrew Sachs, WSBA #38454 |
| By /s/ Joshua B. Selig | 901 5th Avenue, Suite 3500 |
| Joshua B. Selig, WSBA #39628 | Seattle, WA 98106-2059 |
| 1000 Second Avenue, Suite 3800 | Telephone: (206) 447-7000 |
| Seattle, WA 98104-4082 | Email: asachs@omwlaw.com |
| Telephone: (206) 622-2000 | Substituting Attorneys for Defendants |
| Email: rcromwell@byrneskeller.com | |
| jselig@byrneskeller.com | |
| Withdrawing Attorneys for Defendants | |

STIPULATED AGREEMENT RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL (NO. 2:17-CV-00634RSL) - 3